IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-0500-JRG-RSP |
| vs. | § § | LEAD CASE |
| CLOVER NETWORK, INC. | § § | |
| Defendant. | § § | |
| SCANNING TECHNOLOGIES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-0486-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| QUEZTAL POS | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered and hereby GRANTS Plaintiff Scanning Technologies Innovations, LLC's motion to dismiss with prejudice Defendant Queztal POS pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice.

**SIGNED this 1st day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE